# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

September 4, 2013

**By the Court:**

| | |
|---|---|
| IN RE:<br>    ARCHDIOCESE OF MILWAUKEE,<br>        Debtor.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br>       Appellant,<br><br>No. 13-2881                  v.<br><br>JEROME E. LISTECKI, Archbishop, Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust,<br>        Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Eastern District of<br>] Wisconsin.<br>]<br>]<br>] No. 2:13-cv-00179-RTR<br>]<br>] Rudolph T. Randa, Judge.<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

O R D E R

    A preliminary review of the short record indicates that the order appealed from may not be a final appealable judgment within the meaning of 28 U.S.C. § 1291.

    A notice of appeal filed before the district court issues its ruling on a timely Rule 59 motion is ineffective until the order disposing of the motion is entered on the district court's civil docket.  Fed. R. App. P. 4(a)(4).

    In the present case, appellant filed a Motion to Vacate on August 12, 2013, within 28 days of entry of judgment on August 1, 2013.  This may be a timely Rule 59 motion.  <u>See</u> *Charles v. Daley*, 799 F.2d 343, 347 (7th Cir. 1986).  As such, this appeal may be premature, because it appears that the district court has not disposed of the motion and entered its order on the district court's civil docket.  Accordingly,

- over -

Case: 13-2881     Document: 5     Filed: 09/04/2013     Pages: 2

     IT IS ORDERED that appellant shall file, on or before September 17, 2013, a brief memorandum stating why this appeal should not be STAYED pending the entry of the order disposing of the motion.  A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement.  Briefing shall be suspended pending further court order.


NOTE:   Caption document "JURISDICTIONAL MEMORANDUM."  The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.