# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

September 9, 2013

**By the Court:**

| | |
|---|---|
| IN RE:<br>    ARCHDIOCESE OF MILWAUKEE,<br>      Debtor. | ] Appeal from the United<br>] States District Court for<br>] the Eastern District of<br>] Wisconsin. |
| OFFICAL COMMITTEE OF UNSECURED CREDITORS,<br>    Appellant, | ]<br>]<br>] No. 2:13-cv-00179-RTR<br>] |
| No. 13-2881                    v. | ] Rudolph T. Randa, Judge.<br>] |
| JEROME E. LISTECKI, Archbishop,<br>Trustee of the Archdiocese of Milwaukee<br>Catholic Cemetery Perpetual Care Trust,<br>    Appellee. | ]<br>]<br>]<br>] |

O R D E R

      On consideration of "APPELLANT'S JURISDICTIONAL MEMORANDUM AND REQUEST FOR CLARIFICATION OF SEPTEMBER 4, 2013 ORDER" filed on September 6, 2013,

      IT IS ORDERED that appellant file, on or before September 23, 2013, a status report regarding the disposition of its Motion to Vacate .

      <u>Briefing</u> shall continue to be SUSPENDED pending further court order. Appellant must comply with all other deadlines and orders.