# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

October 2, 2013

**By the Court:**

| | |
|---|---|
| IN RE: | ] Appeal from the United |
|     ARCHDIOCESE OF MILWAUKEE, | ] States District Court for |
|        Debtor. | ] the Eastern District of |
| | ] Wisconsin. |
| OFFICAL COMMITTEE OF UNSECURED | ] |
| CREDITORS, | ] |
|        Appellant, | ] No. 2:13-cv-00179-RTR |
| | ] |
| No. 13-2881                    v. | ] Rudolph T. Randa, Judge. |
| | ] |
| JEROME E. LISTECKI, Archbishop, | ] |
| Trustee of the Archdiocese of Milwaukee | ] |
| Catholic Cemetery Perpetual Care Trust, | ] |
|        Appellee. | ] |

O R D E R

     The court, on its own motion, orders attorney Marci A. Hamilton to show cause for her failure to respond to the court's order of September 9, 2013.  Attorney Hamilton shall file her response on or before October 9, 2013.

     Counsel is advised that failure to respond may result in monetary or disciplinary sanctions.