# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

October 8, 2013

**By the Court:**

| | |
|---|---|
| IN RE:<br>    ARCHDIOCESE OF MILWAUKEE,<br>      Debtor. | ] Appeal from the United<br>] States District Court for<br>] the Eastern District of<br>] Wisconsin. |
| OFFICAL COMMITTEE OF UNSECURED CREDITORS,<br>    Appellant, | ]<br>]<br>] No. 2:13-cv-00179-RTR<br>] |
| No. 13-2881      v. | ] Rudolph T. Randa, Judge.<br>] |
| JEROME E. LISTECKI, Archbishop,<br>Trustee of the Archdiocese of Milwaukee<br>Catholic Cemetery Perpetual Care Trust,<br>    Appellee. | ]<br>]<br>]<br>] |

<u>O R D E R</u>

On consideration of the Status Report filed by attorney Marci A. Hamilton on October 4, 2013,

IT IS ORDERED that this appeal shall proceed to briefing. The briefing schedule is as follows:

    1.    The appellant shall file its brief and required short appendix on or before

- over -

No. 13-2881                                                                                                        Page 2

>   November 18, 2013.
>
> 2.  The appellee shall file his brief on or before December 18, 2013.
>
> 3.  The appellant shall file its reply brief, if any, on or before January 2, 2014.

<u>NOTE</u>:  **Counsel should note that the digital copy of the brief required by Circuit Rule 31(e) must contain the entire brief from cover to cover.  The language in the rule that "[t]he disk contain nothing more than the text of the brief..." means that the disk must not contain other files, not that tabular matter or other sections of the brief not included in the word count should be omitted.  The parties are advised that Federal Rule of Appellate Procedure 26(c), which allows for three additional days after service by mail, does not apply when the due dates of briefs are set by order of this court.  All briefs are due by the dates ordered.**