NO. 13-2881
(Consolidated With Case No. 13-3353)

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Official Committee Of Unsecured Creditors,
Plaintiff-Appellant

v.                                                                                           Case No. 13-2881

Archbishop Jerome E. Listecki, as Trustee of the
Archdiocese of Milwaukee Catholic Cemetery
Perpetual Care Trust,
Defendant-Appellee.

In re Official Committee of Unsecured Creditors,
Petitioner                                                                           Case No. 13-3353

Consolidated Appeals from the United States District Court
For the Eastern District of Wisconsin
Case No. 13-CV-179
The Honorable Rudolph T. Randa

**SUPPLEMENT TO APPELLANT'S DOCKETING STATEMENT**

Marci A. Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA  18977
Telephone:  (215) 353-8984
E-mail:        Hamilton.marci@gmail.com

In accordance with Circuit Rules 3(c)(1) and 28(a) of the United States Court of Appeals for the Seventh Circuit and Federal Rule of Appellate Procedure 28(a)(4), appellant Official Committee of Unsecured Creditors (the "Committee") submits this supplement to the Docketing Statement it filed on September 3, 2013 [Docket No. 4 (Case No. 13-2881)].

**SUPPLEMENT TO THE BRIEF NATURE OF THE CASE**

As was stated in the original Docketing Statement, on August 12, 2013, the Committee filed its Motion to Vacate Judgment and Decision and Order Pursuant to Federal Rule of Civil Procedure 60(b) and 28 U.S.C. § 455 (the "Motion to Vacate") [Docket Nos. 27, 28, 29 (Case No. 13-CV-179)]. The Motion to Vacate sought to vacate the Decision and Order and the Judgment that are the subject of the appeal in Case No. 13-2881 on the grounds that the presiding judge, the Honorable Rudolph T. Randa, should have recused himself pursuant to 28 U.S.C. §§ 455 (a) and 455(b)(4). On August 12, 2013, the Committee also filed its Motion to Recuse the Honorable Randolph T. Randa from the Cemetery Trust Litigation and any Cemetery Related Proceedings (the "Motion to Recuse") [Docket Nos. 30, 31, 32 (Case No. 13-CV-179)]. On October 1, 2013, the District Court entered one order denying both the Motion to Vacate and the Motion to Recuse (the "Order Denying Motions to Vacate and Recuse") [Docket No. 46 (Case No. 13-CV-179)].

On October 29, 2013, the Committee filed an Amended Notice of Appeal with the clerk of the District Court which amended its original Notice of Appeal in Case No. 13-2881 to include an appeal from the Order Denying Motions to Vacate and Recuse in addition to its

2

appeal from the Judgment, the Decision and Order, the Proposed Findings that were included in the original Notice of Appeal [Docket No. 47 (Case No. 13-CV-179)].

On October 23, 2013, the Committee filed a Petition for Writ of Mandamus Directing the Honorable Rudolph T. Randa to Recuse Himself Pursuant to 28 U.S.C. § 455 with the United States Court of Appeals for the Seventh Circuit, which was docketed as Case No. 13-3353. [Docket No. 1 (Case No. 13-3353)].

On November 1, 2013, this Court entered an order consolidating Case Numbers 13-2881 and 13-3353 for the purpose of briefing and disposition [Docket No. 26 (Case No. 13-2881)].

## SUPPLEMENT TO THE JURISDICTIONAL STATEMENT

This Court has jurisdiction over the Petition for Writ of Mandamus pursuant to 28 U.S.C. § 1651, which provides, "The Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." A petition for a writ of mandamus is the only recourse available to challenge a judge's denial of a motion to recuse under 28 U.S.C. § 455. *United States v. Balistrieri*, 779 F.2d 1191, 1205 (7th Cir.1985), *cert. denied*, 475 U.S. 1095, 106 S.Ct. 1490, 89 L.Ed.2d 892 (1986); *SCA Servs, Inc. v. Morgan*, 557 F.2d 110, 117-18 (7th Cir. 1977).

This Court has jurisdiction to hear the appeal from the Order Denying the Motions to Vacate and Recuse (which is before this Court by virtue of the Amended Notice of Appeal) pursuant to 28 U.S.C. § 1291, which provides, "The courts of appeal (other than the United States Court of Appeals for the Federal Circuit) shall have jurisdiction of appeals from all final decisions of the district courts of the United States . . . except where a direct review may be had

3

in the Supreme Court." 28 U.S.C. § 1291. An order denying a motion brought pursuant to Federal Rule of Civil Procedure 60(b) is final and appealable. *Harold Washington Party v. Cook County, Illinois Democratic Party,* 984 F.2d 875, 880 (7th Cir. 1993), *cert. denied*, 510 U.S. 825, 114 S.Ct. 86, 126 L.Ed.2d 54 (1993); *Darlington v. Studebaker-Packard Corp,* 261 F.2d 903, 905 (7th Cir. 1959), *cert. denied*, 359 U.S. 992, 79 S.Ct. 1121, 3 L.Ed.2d 980 (1959); *Schwegmann Bank & Trust Co. v. Simmons*, 880 F.2d 838, 844 (5th Cir. 1989).

Respectfully submitted,

Dated: November 6, 2013     By     */s/ Marci A. Hamilton, Esq.*
Marci A. Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA  18977
Telephone: (215) 353-8984
Email: Hamilton.marci@gmail.com

Special Counsel to the Official Committee of Unsecured Creditors

4

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ James Stang*
James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Erin Gray (CA Bar No. 157658)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:  jstang@pszjlaw.com
kbrown@pszjlaw.com
gbrown@pszjlaw.com
egray@pszjlaw.com

-and-

Albert Solochek (State Bar No. 1011075)
Jason R. Pilmaier (State Bar No. 1070638)
Howard, Solochek & Weber, S.C.
324 E. Wisconsin Ave., Suite 1100
Milwaukee, WI  53202
Telephone:  (414) 272-0760
Facsimile:  (414) 272-7265
E-mail:  asolochek@hswmke.com
jpilmaier@hswmke.com

Attorneys for the Official Committee of Unsecured Creditors

✓ **CERTIFICATE OF SERVICE**
**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on <u>November 6, 2013</u>, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ <u>Paige Doyle</u>

☐ **CERTIFICATE OF SERVICE**
**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| counsel / party: | address: |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

s/ _____