# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

November 14, 2013

**By the Court:**

| | |
|---|---|
| IN RE:<br>    ARCHDIOCESE OF MILWAUKEE,<br>        Debtor. | ] Appeals from the United<br>] States District Court for<br>] the Eastern District of<br>] Wisconsin. |
| OFFICAL COMMITTEE OF UNSECURED<br>CREDITORS,<br>        Appellant, | ]<br>] No. 2:13-cv-00179-RTR<br>] |
| Nos. 13-2881 and 13-3495      v. | ] Rudolph T. Randa, Judge.<br>]<br>] |
| JEROME E. LISTECKI, Archbishop, Trustee<br>of the Archdiocese of Milwaukee Catholic<br>Cemetery Perpetual Care Trust,<br>        Appellee. | ]<br>]<br>]<br>] |
| -------------------------------------------------------------- | ] |
| IN RE:<br>    ARCHDIOCESE OF MILWAUKEE,<br>        Debtor. | ] Appeals from the United<br>] States District Court for<br>] the Eastern District of<br>] Wisconsin. |
| OFFICAL COMMITTEE OF UNSECURED<br>CREDITORS,<br>       Petitioner, | ]<br>] No. 2:13-cv-00179-RTR<br>] |
| RUDOLPH T. RANDA,<br>        Respondent, | ] Rudolph T. Randa, Judge.<br>]<br>]<br>] |
| No. 13-3353      v. | ] |

- over -

Nos. 13-2881, 13-3495 and 13-3353                                                                                      Page 2

| | |
|---|---|
| JEROME E. LISTECKI, Archbishop, Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust,<br>    Party-In-Interest,<br><br>          and<br><br>ARCHDIOCESE OF MILWAUKEE,<br>    Party-In-Interest. | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

## O R D E R

The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

The briefing schedule is as follows:

1. The appellant/petitioner Official Committee of Unsecured Creditors shall file its consolidated brief and required short appendix on or before January 15, 2014.

2. The appellee/Party-In-Interest Jerome E. Listecki shall file his consolidated brief on or before February 14, 2014.

3. The Party-In-Interest Archdiocese of Milwaukee shall file its consolidated brief on or before February 14, 2014.

4. The appellant/petitioner Official Committee of Unsecured Creditors shall file its consolidated reply brief, if any, on or before February 28, 2014.

Counsel for appellee and party-in-interest are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-appellee's brief. Duplicative briefing will be stricken and may result in disciplinary sanctions against counsel. See United States v. Torres, 170 F.3d 749 (7th Cir. 1999);

- over -

*United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

**Important Scheduling Notice!**

> **Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http//www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).**