PACHULSKI

STANG

ℰ ZIEHL

JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

Erin Gray

November 14, 2013

310.772.2301
egray@pszjlaw.com

**U.S.C.A. – 7th Circuit**
**RECEIVED**
**NOV 1 8 2013 COD**
**GINO J. AGNELLO**
**CLERK**

**Via First Class Mail**

Mr. Gino Agnello
Clerk of the Court
United States Court of Appeals
Room 2722
219 S. Dearborn Street
Chicago, Illinois 60604

   Re:   **Case No. 13-3495**

Dear Mr. Agnello:

        Along with Professor Marci Hamilton, this office represents
the Official Committee of Unsecured Creditors (the "Committee")
in Case No. 13-3495. I am writing to correct an error in the Notice
of Case Opening dated November 7, 2013.  The Committee filed its
Amended Notice of Appeal with the clerk of the District Court on
October 29, 2013, not on November 7, 2013. A filed stamped copy
of the Amended Notice of Appeal is enclosed.

        The document is styled as an Amended Notice of Appeal
because the Committee filed its original Notice of Appeal in this
case on August 26, 2013. The original Notice of Appeal appealed
from the final judgment of the United States District Court for the
Eastern District of Wisconsin (the "District Court") entered on
August 1, 2013 in Case No 13-CV-00179. The original Notice of
Appeal included an appeal from the Judgment in a Civil Case [Dist.
Doc. No. 26] (the "Judgment") entered by the District Court on
August 1, 2013, the Decision and Order [Dist. Doc. No. 24] (the
"Decision and Order") entered on July 29, 2013, and the Bankruptcy
Court's Proposed Findings of Fact and Conclusions of Law Pursuant
to Remand [Dist. Doc. No. 25] (the "Proposed Findings") entered on
the District Court docket on August 1, 2013.  [Notice of Appeal,
Dist. Doc. No. 36].

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

DOCS_LA:273235.1 05058/003

PACHULSKI

STANG

ZIEHL

JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

Mr. Gino Agnello
**November 14, 2013**
Page 2


On August 12, 2013, the Committee filed its Motion to Vacate the Judgment and Decision Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and 28 U.S.C. § 455 (the "Motion to Vacate") [Dist. Doc. Nos. 27, 28, 29]. The Motion to Vacate sought to vacate the Decision and Order and the Judgment on the grounds that the presiding judge, the Honorable Rudolph T. Randa, should have recused himself pursuant to 28 U.S.C. §§ 455 (a) and 455(b)(4). On August 12, 2013, the Committee also filed its Motion to Recuse the Honorable Randolph T. Randa from the Cemetery Trust Litigation and any Cemetery Related Proceedings (the "Motion to Recuse") [Dist. Doc. Nos. 30, 31, 32].

On October 1, 2013, the District Court entered one order denying both the Motion to Vacate and the Motion to Recuse (the "Order Denying Motions to Vacate and Recuse") [Dist. Doc. No. 46]. Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(ii), on October 29, 2013, the Committee amended its original Notice of Appeal to include an appeal from the Order Denying Motions to Vacate and Recuse in addition to its appeal from the Judgment, the Decision and Order, the Proposed Findings. [Amended Notice of Appeal, Dist. Doc. No. 47].

After filing the Amended Notice of Appeal on October 29, 2013, the clerk's office informed counsel that because we had coded the Amended Notice of Appeal in the electronic filing system as an "amended document" instead of as a "notice of appeal," it had not been docketed as an appeal. Accordingly, they asked us to refile the Amended Notice of Appeal, which we did on November 6, 2013. A filed stamped copy of the refiled Amended Notice of Appeal is also enclosed. However, the record should reflect that the Amended Notice of Appeal which initiated Case No. 13-3495 was originally filed on October 29, 2013.

In addition, by way of clarification with respect to the "Date of Judgment" on the Notice of Case Opening, the Judgment appealed from pursuant to the original Notice of Appeal was entered on August 1, 2013, as indicated. The Order Denying the Motions to Vacate and Recuse, appealed pursuant to the Amended Notice of

PACHULSKI

STANG

ZIEHL

JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

Mr. Gino Agnello
**November 14, 2013**
Page 3


Appeal, was entered on October 1, 2013.  Please feel free to contact me should you have any questions.

Sincerely,

Erin Gray


EEG
Enclosures
cc:     James I. Stang, Esq.
         Marci Hamilton, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
|          Debtor. | |
| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK <br><br> District Court Case No. 13-CV-179 |
|          Plaintiff-Appellee, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
|          Defendant-Appellant. | |

**AMENDED NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

On August 26, 2013, the Official Committee of Unsecured Creditors (the

"Committee"), the defendant and counter-plaintiff in the above-entitled adversary proceeding,

appealed to the United States Court of Appeals for the Seventh Circuit from the final judgment

of the United States District Court for the Eastern District of Wisconsin (the "District Court")

entered in this adversary proceeding on August 1, 2013, which notice of appeal includes but is

not limited to an appeal from the Judgment in a Civil Case [Dist. Doc. No. 26] (the "Judgment")

entered by the District Court on August 1, 2013, the Decision and Order [Dist. Doc. No. 24] (the

"Decision and Order") entered by the District Court on July 29, 2013, and the Bankruptcy

Court's Proposed Findings of Fact and Conclusions of Law Pursuant to Remand [Dist. Doc. No.

25] (the "Proposed Findings") entered on the District Court docket on August 1, 2013. [Notice

of Appeal, Dist. Doc. No. 36]. A copy of the original Notice of Appeal is attached hereto as

Marci A. Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA 18977
Telephone: (215) 353-8984
E-mail:     Hamilton.marci@gmail.com

**Exhibit A**. The appeal is pending before the United States Court of Appeals for the Seventh Circuit as case number 13-2881.

On August 12, 2013, the Committee filed its Motion to Vacate the Judgment and Decision Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and 28 U.S.C. § 455 (the "Motion to Vacate") [Dist. Doc. Nos. 27, 28, 29]. The Motion to Vacate sought to vacate the Decision and Order and the Judgment on the grounds that the presiding judge, the Honorable Rudolph T. Randa, should have recused himself pursuant to 28 U.S.C. §§ 455 (a) and 455(b)(4). On August 12, 2013, the Committee also filed its Motion to Recuse the Honorable Randolph T. Randa from the Cemetery Trust Litigation and any Cemetery Related Proceedings (the "Motion to Recuse") [Dist. Doc. Nos. 30, 31, 32]. On October 1, 2013, the District Court entered an order denying the Motion to Vacate and the Motion to Recuse (the "Order Denying Motion to Vacate and Recuse") [Dist. Doc. No. 46].

Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(ii), the Committee hereby amends its Notice of Appeal to include an appeal from the Order Denying Motion to Vacate and Recuse in addition to its appeal from the Judgment, the Decision and Order, the Proposed Findings and all adverse orders and rulings embraced therein.[1]

The parties to the Judgment, the Decision and Order, the Proposed Findings and the Order Denying Motion to Vacate and Recuse appealed from and the names and addresses of their respective attorneys are as follows:

---

[1] On October 23, 2013, the Committee filed a Petition for Writ of Mandamus Directing the Honorable Rudolph T. Randa to Recuse Himself Pursuant to 28 U.S.C. § 455 with the United States Court of Appeals for the Seventh Circuit, which is pending as case number 13-3353.

2

|  | Party | Attorneys |
|---|---|---|
| Appellant | Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of *In re Archdiocese of Milwaukee* | **Counsel of Record**<br>Marci A. Hamilton, Esq.<br>36 Timber Knoll Drive<br>Washington Crossing, PA  18977<br>Telephone:  (215) 353-8984<br>E-mail:         Hamilton.marci@gmail.com<br><br>**Co-Counsel**<br>James I. Stang (CA Bar No. 94435)<br>Kenneth H. Brown (CA Bar No. 100396)<br>Gillian N. Brown (CA Bar No. 205132)<br>Erin Gray (CA Bar No. 157658)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone:  (310) 277-6910<br>Facsimile:    (310) 201-0760<br>E-mail:         jstang@pszjlaw.com<br>                     kbrown@pszjlaw.com<br>                     gbrown@pszjlaw.com<br>                     egray@pszjlaw.com<br><br>-and-<br><br>Albert Solochek (State Bar No. 1011075)<br>Howard, Solochek & Weber, S.C.<br>324 E. Wisconsin Ave., Suite 1100<br>Milwaukee, WI  53202<br>Telephone:  (414) 272-0760<br>Facsimile:    (414) 272-7265<br>E-mail:        asolochek@hswmke.com |
| Appellee | Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust | Timothy F. Nixon<br>William E. Duffin<br>Godfrey & Kahn, S.C.<br>780  North Water Street<br>Milwaukee, WI 53202-3590<br>Telephone:  (414) 273-3500<br>Facsimile:    (414) 273-5198<br>Email:         tnixon@gklaw.com<br>                     weduffin@gklaw.com |

DOCS_LA:272390.1

Respectfully submitted,

Dated: October 29, 2013      By   */s/ Marci A. Hamilton, Esq.*

                                    Marci A. Hamilton, Esq.
                                      36 Timber Knoll Drive
                                      Washington Crossing, PA  18977
                                      Telephone: (215) 353-8984
                                      Email: Hamilton.marci@gmail.com

                                      Special Counsel to the Official Committee
                                      of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP

By    _/s/ James Stang_
       James I. Stang (CA Bar No. 94435)
       Kenneth H. Brown (CA Bar No. 100396)
       Gillian N. Brown (CA Bar No. 205132)
       Erin Gray (CA Bar No. 157658)
       Pachulski Stang Ziehl & Jones LLP
       10100 Santa Monica Blvd., 13th Floor
       Los Angeles, CA  90067
       Telephone:  (310) 277-6910
       Facsimile:  (310) 201-0760
       E-mail:  jstang@pszjlaw.com
                    kbrown@pszjlaw.com
                    gbrown@pszjlaw.com
                    egray@pszjlaw.com

       -and-

       Albert Solochek (State Bar No. 1011075)
       Howard, Solochek & Weber, S.C.
       324 E. Wisconsin Ave., Suite 1100
       Milwaukee, WI  53202
       Telephone:  (414) 272-0760
       Facsimile:  (414) 272-7265
       E-mail:  asolochek@hswmke.com

       Attorneys for the Official Committee of
       Unsecured Creditors

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |

| | |
|---|---|
| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK |
| | District Court Case No. 13-CV-179 |
| Plaintiff-Appellee, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant-Appellant. | |

**NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

The Official Committee of Unsecured Creditors (the "Committee"), the defendant and counter-plaintiff in the above-entitled adversary proceeding, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment of the United States District Court for the Eastern District of Wisconsin (the "District Court") entered in this adversary proceeding on August 1, 2013, which appeal includes but is not limited to the Judgment in a Civil Case [Dist. Doc. No. 26] (the "Judgment") entered by the District Court on August 1, 2013, the Decision and Order [Dist. Doc. No. 24] (the "Decision and Order") entered by the District Court on July 29, 2013, and the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law Pursuant to Remand [Dist. Doc. No. 25] (the "Proposed Findings") entered on the District Court docket on August 1, 2013. The parties to the Judgment, the Decision and Order

Marci A. Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA  18977
Telephone:  (215) 353-8984
E-mail:       Hamilton.marci@gmail.com

and the Proposed Findings appealed from and the names and addresses of their respective

attorneys are as follows:

|  | Party | Attorneys |
|---|---|---|
| Appellant | Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of *In re Archdiocese of Milwaukee* | **Counsel of Record**<br>Marci A. Hamilton, Esq.<br>36 Timber Knoll Drive<br>Washington Crossing, PA 18977<br>Telephone:   (215) 353-8984<br>E-mail:         Hamilton.marci@gmail.com<br><br>**Co-Counsel**<br>James I. Stang (CA Bar No. 94435)<br>Kenneth H. Brown (CA Bar No. 100396)<br>Gillian N. Brown (CA Bar No. 205132)<br>Erin Gray (CA Bar No. 157658)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone:   (310) 277-6910<br>Facsimile:    (310) 201-0760<br>E-mail:         jstang@pszjlaw.com<br>                     kbrown@pszjlaw.com<br>                     gbrown@pszjlaw.com<br>                     egray@pszjlaw.com<br><br>-and-<br><br>Albert Solochek (State Bar No. 1011075)<br>Jason R. Pilmaier (State Bar No. 1070638)<br>Howard, Solochek & Weber, S.C.<br>324 E. Wisconsin Ave., Suite 1100<br>Milwaukee, WI 53202<br>Telephone:   (414) 272-0760<br>Facsimile:    (414) 272-7265<br>E-mail:         asolochek@hswmke.com<br>                     jpilmaier@hswmke.com |
| Appellee | Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic | Timothy F. Nixon<br>William E. Duffin<br>Godfrey & Kahn, S.C.<br>780 North Water Street |

2

|  | Cemetery Perpetual Care Trust | Milwaukee, WI 53202-3590<br>Telephone:  (414) 273-3500<br>Facsimile:     (414) 273-5198<br>Email:           tnixon@gklaw.com<br>                      weduffin@gklaw.com |
|---|---|---|

Respectfully submitted,

Dated: August 26, 2013                    By    /s/ Marci A. Hamilton, Esq.
                                                        Marci A. Hamilton, Esq.
                                                        36 Timber Knoll Drive
                                                        Washington Crossing, PA  18977
                                                        Telephone: (215) 353-8984
                                                        Email: Hamilton.marci@gmail.com

                                                        Special Counsel to the Official Committee
                                                        of Unsecured Creditors

3

PACHULSKI STANG ZIEHL & JONES LLP

By      /s/ James Stang
        James I. Stang (CA Bar No. 94435)
        Kenneth H. Brown (CA Bar No. 100396)
        Gillian N. Brown (CA Bar No. 205132)
        Erin Gray (CA Bar No. 157658)
        Pachulski Stang Ziehl & Jones LLP
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA  90067
        Telephone:  (310) 277-6910
        Facsimile:  (310) 201-0760
        E-mail:  jstang@pszjlaw.com
                 kbrown@pszjlaw.com
                 gbrown@pszjlaw.com
                 egray@pszjlaw.com

        -and-

        Albert Solochek (State Bar No. 1011075)
        Jason R. Pilmaier (State Bar No. 1070638)
        Howard, Solochek & Weber, S.C.
        324 E. Wisconsin Ave., Suite 1100
        Milwaukee, WI  53202
        Telephone:  (414) 272-0760
        Facsimile:  (414) 272-7265
        E-mail:  asolochek@hswmke.com
                 jpilmaier@hswmke.com

        Attorneys for the Official Committee of
        Unsecured Creditors

4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |

| | |
|---|---|
| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK |
| | District Court Case No. 13-CV-179 |
| Plaintiff-Appellee, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant-Appellant. | |

## CERTIFICATE OF SERVICE

I, Paige Doyle, declare:

1.    I am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067.

2.    On August 26, 2013, I caused to file and serve via CM/ECF in the above captioned Civil Case a copy of the *Notice of Appeal to the United States Court of Appeals for the Seventh Circuit* and that CM/ECF will cause electronic notice of the filing to be sent to the following parties:

James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:    jstang@pszjlaw.com
      kbrown@pszjlaw.com
      gbrown@pszjlaw.com
DOCS_LA:270624.2 05058/003

- **Bruce G Arnold**
  barnold@whdlaw.com,BKapp@whdlaw.com

- **Gillian N Brown**
  gbrown@pszjlaw.com

- **Daryl L Diesing**
  ddiesing@whdlaw.com,dkaebisch@whdlaw.com

- **William E Duffin**
  wduffin@gklaw.com,bsweeney@gklaw.com

- **Marci A Hamilton**
  hamilton.marci@gmail.com,hamilton02@aol.com

- **Lindsey M Johnson**
  ljohnson@whdlaw.com,lbukowski@whdlaw.com,clerario@whdlaw.com,lramirez@whdlaw.com

- **Francis H LoCoco**
  flococo@whdlaw.com,skoser@whdlaw.com

- **Timothy F Nixon**
  tnixon@gklaw.com,eseelig@gklaw.com,zraiche@gklaw.com

- **Jason R Pilmaier**
  jpilmaier@hswmke.com

- **Linda S Schmidt**
  lschmidt@gklaw.com,jschwartz@gklaw.com,nnelson@gklaw.com,jvandermeuse@gklaw.com

- **Albert Solochek**
  alsolochek@hswmke.com,skoceja@hswmke.com

- **James I Stang**
  jstang@pszjlaw.com,dhinojosa@pszjlaw.com

- **Jennifer L Vandermeuse**
  jvandermeuse@gklaw.com,eshipman@gklaw.com,zraiche@gklaw.com

- **Brady C Williamson**
  bwilliam@gklaw.com,jschwartz@gklaw.com,agrote@gklaw.com

- **Matthew M Wuest**
  mwuest@gklaw.com,bsweeney@gklaw.com

3.     I further certify that on August 26, 2013, a true and correct copy of the *Notice of
Appeal to the United States Court of Appeals for the Seventh Circuit* was served via U.S. Mail on
the following parties:

Timothy F. Nixon                          Bruce G. Arnold
Godfrey & Kahn, S.C.                      Darlyl L. Diesing
780  North Water Street                   555 East Wells Street
Milwaukee, WI 53202-3590                  Suite 1900
                                          Milwaukee, WI 53202


Dated:     August 26, 2013


                              By      /s/ Paige Doyle
                                      Paige Doyle

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |

| | |
|---|---|
| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK |
| | District Court Case No. 13-CV-179 |
| Plaintiff-Appellee, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant-Appellant. | |

## CERTIFICATE OF SERVICE

I, Paige Doyle, declare:

1.     I am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067.

2.     On October 29, 2013, I caused to file and serve via CM/ECF in the above captioned Civil Case a copy of the *Amended Notice of Appeal to the United States Court of Appeals for the Seventh Circuit* and that CM/ECF will cause electronic notice of the filing to be sent to the following parties:

James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:    jstang@pszjlaw.com
          kbrown@pszjlaw.com
          gbrown@pszjlaw.com
DOCS_LA:270624.2 05058/003

- **Bruce G Arnold**
  barnold@whdlaw.com,BKapp@whdlaw.com

- **Gillian N Brown**
  gbrown@pszjlaw.com

- **Daryl L Diesing**
  ddiesing@whdlaw.com,dkaebisch@whdlaw.com

- **William E Duffin**
  wduffin@gklaw.com,bsweeney@gklaw.com

- **Erin E Gray**
  egray@pszjlaw.com,pdoyle@pszjlaw.com

- **Marci A Hamilton**
  hamilton.marci@gmail.com,hamilton02@aol.com

- **Lindsey M Johnson**
  ljohnson@whdlaw.com,lbukowski@whdlaw.com,clerario@whdlaw.com,lramirez@whdlaw.com

- **Francis H LoCoco**
  flococo@whdlaw.com,skoser@whdlaw.com

- **Timothy F Nixon**
  tnixon@gklaw.com,eseelig@gklaw.com,zraiche@gklaw.com

- **Jason R Pilmaier**
  jpilmaier@hswmke.com

- **Linda S Schmidt**
  lschmidt@gklaw.com,jschwartz@gklaw.com,nnelson@gklaw.com,jvandermeuse@gklaw.com

- **Albert Solochek**
  alsolochek@hswmke.com,skoceja@hswmke.com

- **James I Stang**
  jstang@pszjlaw.com,dhinojosa@pszjlaw.com

- **Jennifer L Vandermeuse**
  jvandermeuse@gklaw.com,jhaseleu@gklaw.com,eshipman@gklaw.com,zraiche@gklaw.com

- **Brady C Williamson**
  bwilliam@gklaw.com,jschwartz@gklaw.com,agrote@gklaw.com

- **Matthew M Wuest**
  mwuest@gklaw.com,bsweeney@gklaw.com

3.      I further certify that on October 29, 2013, a true and correct copy of the *Notice of Appeal to the United States Court of Appeals for the Seventh Circuit* was served via U.S. Mail on the following parties:

Timothy F. Nixon                             Bruce G. Arnold
Godfrey & Kahn, S.C.                      Darlyl L. Diesing
780 North Water Street                   555 East Wells Street
Milwaukee, WI 53202-3590             Suite 1900
                                                        Milwaukee, WI 53202


Dated:      October 29, 2013


                          By      */s/ Paige Doyle*
                                    Paige Doyle

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |

| | |
|---|---|
| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK |
| | District Court Case No. 13-CV-179 |
| Plaintiff-Appellee, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant-Appellant. | |

**AMENDED NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

On August 26, 2013, the Official Committee of Unsecured Creditors (the "Committee"), the defendant and counter-plaintiff in the above-entitled adversary proceeding, appealed to the United States Court of Appeals for the Seventh Circuit from the final judgment of the United States District Court for the Eastern District of Wisconsin (the "District Court") entered in this adversary proceeding on August 1, 2013, which notice of appeal includes but is not limited to an appeal from the Judgment in a Civil Case [Dist. Doc. No. 26] (the "Judgment") entered by the District Court on August 1, 2013, the Decision and Order [Dist. Doc. No. 24] (the "Decision and Order") entered by the District Court on July 29, 2013, and the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law Pursuant to Remand [Dist. Doc. No. 25] (the "Proposed Findings") entered on the District Court docket on August 1, 2013.  [Notice of Appeal, Dist. Doc. No. 36].  A copy of the original Notice of Appeal is attached hereto as

Marci A. Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA  18977
Telephone:  (215) 353-8984
E-mail:     Hamilton.marci@gmail.com

DOCS_LA:272390.1

**Exhibit A.** The appeal is pending before the United States Court of Appeals for the Seventh Circuit as case number 13-2881.

On August 12, 2013, the Committee filed its Motion to Vacate the Judgment and Decision Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and 28 U.S.C. § 455 (the "Motion to Vacate") [Dist. Doc. Nos. 27, 28, 29]. The Motion to Vacate sought to vacate the Decision and Order and the Judgment on the grounds that the presiding judge, the Honorable Rudolph T. Randa, should have recused himself pursuant to 28 U.S.C. §§ 455 (a) and 455(b)(4). On August 12, 2013, the Committee also filed its Motion to Recuse the Honorable Randolph T. Randa from the Cemetery Trust Litigation and any Cemetery Related Proceedings (the "Motion to Recuse") [Dist. Doc. Nos. 30, 31, 32]. On October 1, 2013, the District Court entered an order denying the Motion to Vacate and the Motion to Recuse (the "Order Denying Motion to Vacate and Recuse") [Dist. Doc. No. 46].

Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(ii), the Committee hereby amends its Notice of Appeal to include an appeal from the Order Denying Motion to Vacate and Recuse in addition to its appeal from the Judgment, the Decision and Order, the Proposed Findings and all adverse orders and rulings embraced therein.[1]

The parties to the Judgment, the Decision and Order, the Proposed Findings and the Order Denying Motion to Vacate and Recuse appealed from and the names and addresses of their respective attorneys are as follows:

---

[1] On October 23, 2013, the Committee filed a Petition for Writ of Mandamus Directing the Honorable Rudolph T. Randa to Recuse Himself Pursuant to 28 U.S.C. § 455 with the United States Court of Appeals for the Seventh Circuit, which is pending as case number 13-3353.

2

|  | Party | Attorneys |
|---|---|---|
| Appellant | Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of *In re Archdiocese of Milwaukee* | **Counsel of Record**<br>Marci A. Hamilton, Esq.<br>36 Timber Knoll Drive<br>Washington Crossing, PA 18977<br>Telephone: (215) 353-8984<br>E-mail: Hamilton.marci@gmail.com<br><br>**Co-Counsel**<br>James I. Stang (CA Bar No. 94435)<br>Kenneth H. Brown (CA Bar No. 100396)<br>Gillian N. Brown (CA Bar No. 205132)<br>Erin Gray (CA Bar No. 157658)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>E-mail: jstang@pszjlaw.com<br>kbrown@pszjlaw.com<br>gbrown@pszjlaw.com<br>egray@pszjlaw.com<br><br>-and-<br><br>Albert Solochek (State Bar No. 1011075)<br>Howard, Solochek & Weber, S.C.<br>324 E. Wisconsin Ave., Suite 1100<br>Milwaukee, WI 53202<br>Telephone: (414) 272-0760<br>Facsimile: (414) 272-7265<br>E-mail: asolochek@hswmke.com |
| Appellee | Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust | Timothy F. Nixon<br>William E. Duffin<br>Godfrey & Kahn, S.C.<br>780 North Water Street<br>Milwaukee, WI 53202-3590<br>Telephone: (414) 273-3500<br>Facsimile: (414) 273-5198<br>Email: tnixon@gklaw.com<br>weduffin@gklaw.com |

3

Respectfully submitted,

Dated: October 29, 2013          By    /s/ Marci A. Hamilton, Esq.
                                        Marci A. Hamilton, Esq.
                                        36 Timber Knoll Drive
                                        Washington Crossing, PA  18977
                                        Telephone: (215) 353-8984
                                        Email: Hamilton.marci@gmail.com

                                        Special Counsel to the Official Committee
                                        of Unsecured Creditors

4

PACHULSKI STANG ZIEHL & JONES LLP

By      /s/ James Stang
        James I. Stang (CA Bar No. 94435)
        Kenneth H. Brown (CA Bar No. 100396)
        Gillian N. Brown (CA Bar No. 205132)
        Erin Gray (CA Bar No. 157658)
        Pachulski Stang Ziehl & Jones LLP
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA  90067
        Telephone:  (310) 277-6910
        Facsimile:  (310) 201-0760
        E-mail:  jstang@pszjlaw.com
                 kbrown@pszjlaw.com
                 gbrown@pszjlaw.com
                 egray@pszjlaw.com

        -and-

        Albert Solochek (State Bar No. 1011075)
        Howard, Solochek & Weber, S.C.
        324 E. Wisconsin Ave., Suite 1100
        Milwaukee, WI  53202
        Telephone:  (414) 272-0760
        Facsimile:  (414) 272-7265
        E-mail:  asolochek@hswmke.com

        Attorneys for the Official Committee of
        Unsecured Creditors

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |

| | |
|---|---|
| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK |
| | District Court Case No. 13-CV-179 |
| Plaintiff-Appellee, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant-Appellant. | |

**NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

The Official Committee of Unsecured Creditors (the "Committee"), the defendant and counter-plaintiff in the above-entitled adversary proceeding, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment of the United States District Court for the Eastern District of Wisconsin (the "District Court") entered in this adversary proceeding on August 1, 2013, which appeal includes but is not limited to the Judgment in a Civil Case [Dist. Doc. No. 26] (the "Judgment") entered by the District Court on August 1, 2013, the Decision and Order [Dist. Doc. No. 24] (the "Decision and Order") entered by the District Court on July 29, 2013, and the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law Pursuant to Remand [Dist. Doc. No. 25] (the "Proposed Findings") entered on the District Court docket on August 1, 2013. The parties to the Judgment, the Decision and Order

Marci A. Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA 18977
Telephone: (215) 353-8984
E-mail: Hamilton.marci@gmail.com

and the Proposed Findings appealed from and the names and addresses of their respective

attorneys are as follows:

|  | Party | Attorneys |
|---|---|---|
| Appellant | Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of *In re Archdiocese of Milwaukee* | **Counsel of Record**<br>Marci A. Hamilton, Esq.<br>36 Timber Knoll Drive<br>Washington Crossing, PA  18977<br>Telephone:  (215) 353-8984<br>E-mail:        Hamilton.marci@gmail.com<br><br>**Co-Counsel**<br>James I. Stang (CA Bar No. 94435)<br>Kenneth H. Brown (CA Bar No. 100396)<br>Gillian N. Brown (CA Bar No. 205132)<br>Erin Gray (CA Bar No. 157658)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone:  (310) 277-6910<br>Facsimile:    (310) 201-0760<br>E-mail:        jstang@pszjlaw.com<br>                    kbrown@pszjlaw.com<br>                    gbrown@pszjlaw.com<br>                    egray@pszjlaw.com<br><br>-and-<br><br>Albert Solochek (State Bar No. 1011075)<br>Jason R. Pilmaier (State Bar No. 1070638)<br>Howard, Solochek & Weber, S.C.<br>324 E. Wisconsin Ave., Suite 1100<br>Milwaukee, WI 53202<br>Telephone:  (414) 272-0760<br>Facsimile:    (414) 272-7265<br>E-mail:        asolochek@hswmke.com<br>                    jpilmaier@hswmke.com |
| Appellee | Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic | Timothy F. Nixon<br>William E. Duffin<br>Godfrey & Kahn, S.C.<br>780  North Water Street |

2

Case 2:13-cv-00179-RTR Filed 08/06/13 Page 32 of 34 Document 61

| | Cemetery Perpetual Care Trust | Milwaukee, WI 53202-3590<br>Telephone:  (414) 273-3500<br>Facsimile:    (414) 273-5198<br>Email:          tnixon@gklaw.com<br>                     weduffin@gklaw.com |
|---|---|---|

Respectfully submitted,

Dated: August 26, 2013          By     /s/ Marci A. Hamilton, Esq.

Marci A. Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA  18977
Telephone: (215) 353-8984
Email: Hamilton.marci@gmail.com

Special Counsel to the Official Committee
of Unsecured Creditors

3

PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ James Stang
      James I. Stang (CA Bar No. 94435)
      Kenneth H. Brown (CA Bar No. 100396)
      Gillian N. Brown (CA Bar No. 205132)
      Erin Gray (CA Bar No. 157658)
      Pachulski Stang Ziehl & Jones LLP
      10100 Santa Monica Blvd., 13th Floor
      Los Angeles, CA  90067
      Telephone:  (310) 277-6910
      Facsimile:  (310) 201-0760
      E-mail:  jstang@pszjlaw.com
              kbrown@pszjlaw.com
              gbrown@pszjlaw.com
              egray@pszjlaw.com

      -and-

      Albert Solochek (State Bar No. 1011075)
      Jason R. Pilmaier (State Bar No. 1070638)
      Howard, Solochek & Weber, S.C.
      324 E. Wisconsin Ave., Suite 1100
      Milwaukee, WI  53202
      Telephone:  (414) 272-0760
      Facsimile:  (414) 272-7265
      E-mail:  asolochek@hswmke.com
              jpilmaier@hswmke.com

      Attorneys for the Official Committee of
      Unsecured Creditors

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |
| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK |
| | District Court Case No. 13-CV-179 |
| Plaintiff-Appellee, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant-Appellant. | |

## CERTIFICATE OF SERVICE

I, Paige Doyle, declare:

1.      I am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067.

2.      On August 26, 2013, I caused to file and serve via CM/ECF in the above captioned Civil Case a copy of the *Notice of Appeal to the United States Court of Appeals for the Seventh Circuit* and that CM/ECF will cause electronic notice of the filing to be sent to the following parties:

James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:    jstang@pszjlaw.com
           kbrown@pszjlaw.com
           gbrown@pszjlaw.com
DOCS_LA:270624.2 05058/003

- **Bruce G Arnold**
  barnold@whdlaw.com,BKapp@whdlaw.com

- **Gillian N Brown**
  gbrown@pszjlaw.com

- **Daryl L Diesing**
  ddiesing@whdlaw.com,dkaebisch@whdlaw.com

- **William E Duffin**
  wduffin@gklaw.com,bsweeney@gklaw.com

- **Marci A Hamilton**
  hamilton.marci@gmail.com,hamilton02@aol.com

- **Lindsey M Johnson**
  ljohnson@whdlaw.com,lbukowski@whdlaw.com,clerario@whdlaw.com,lramirez@whdl
  aw.com

- **Francis H LoCoco**
  flococo@whdlaw.com,skoser@whdlaw.com

- **Timothy F Nixon**
  tnixon@gklaw.com,eseelig@gklaw.com,zraiche@gklaw.com

- **Jason R Pilmaier**
  jpilmaier@hswmke.com

- **Linda S Schmidt**
  lschmidt@gklaw.com,jschwartz@gklaw.com,nnelson@gklaw.com,jvandermeuse@gkla
  w.com

- **Albert Solochek**
  alsolochek@hswmke.com,skoceja@hswmke.com

- **James I Stang**
  jstang@pszjlaw.com,dhinojosa@pszjlaw.com

- **Jennifer L Vandermeuse**
  jvandermeuse@gklaw.com,eshipman@gklaw.com,zraiche@gklaw.com

- **Brady C Williamson**
  bwilliam@gklaw.com,jschwartz@gklaw.com,agrote@gklaw.com

- **Matthew M Wuest**
  mwuest@gklaw.com,bsweeney@gklaw.com

3.      I further certify that on August 26, 2013, a true and correct copy of the *Notice of
Appeal to the United States Court of Appeals for the Seventh Circuit* was served via U.S. Mail on
the following parties:

Timothy F. Nixon                          Bruce G. Arnold
Godfrey & Kahn, S.C.                      Darlyl L. Diesing
780  North Water Street                   555 East Wells Street
Milwaukee, WI 53202-3590                  Suite 1900
                                          Milwaukee, WI 53202


Dated:    August 26, 2013


                              By    */s/ Paige Doyle*
                                    Paige Doyle

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |

| | |
|---|---|
| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK |
| | District Court Case No. 13-CV-179 |
| Plaintiff-Appellee, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant-Appellant. | |

## CERTIFICATE OF SERVICE

I, Paige Doyle, declare:

1.      I am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067.

2.      On November 6, 2013, I caused to file and serve via CM/ECF in the above captioned Civil Case a copy of the *Amended Notice of Appeal to the United States Court of Appeals for the Seventh Circuit* and that CM/ECF will cause electronic notice of the filing to be sent to the following parties:

James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:    jstang@pszjlaw.com
          kbrown@pszjlaw.com
          gbrown@pszjlaw.com
DOCS_LA:270624.3 05058/003

- **Bruce G Arnold**
  barnold@whdlaw.com,BKapp@whdlaw.com
- **Gillian N Brown**
  gbrown@pszjlaw.com
- **Daryl L Diesing**
  ddiesing@whdlaw.com,dkaebisch@whdlaw.com
- **William E Duffin**
  wduffin@gklaw.com,bsweeney@gklaw.com
- **Erin E Gray**
  egray@pszjlaw.com,pdoyle@pszjlaw.com
- **Marci A Hamilton**
  hamilton.marci@gmail.com,hamilton02@aol.com
- **Lindsey M Johnson**
  ljohnson@whdlaw.com,lbukowski@whdlaw.com,clerario@whdlaw.com,lramirez@whdl
  aw.com
- **Francis H LoCoco**
  flococo@whdlaw.com,skoser@whdlaw.com
- **Timothy F Nixon**
  tnixon@gklaw.com,eseelig@gklaw.com,zraiche@gklaw.com
- **Jason R Pilmaier**
  jpilmaier@hswmke.com
- **Linda S Schmidt**
  lschmidt@gklaw.com,jschwartz@gklaw.com,nnelson@gklaw.com,jvandermeuse@gkla
  w.com
- **Albert Solochek**
  alsolochek@hswmke.com,skoceja@hswmke.com
- **James I Stang**
  jstang@pszjlaw.com,dhinojosa@pszjlaw.com
- **Jennifer L Vandermeuse**
  jvandermeuse@gklaw.com,jhaseleu@gklaw.com,eshipman@gklaw.com,zraiche@gklaw.
  com
- **Brady C Williamson**
  bwilliam@gklaw.com,jschwartz@gklaw.com,agrote@gklaw.com
- **Matthew M Wuest**
  mwuest@gklaw.com,bsweeney@gklaw.com

Dated:    November 6, 2013

By    _/s/ Paige Doyle_
Paige Doyle

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 – 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF CASE OPENING

November 7, 2013

| No.: 13-3495 | IN RE:<br>ARCHDIOCESE OF MILWAUKEE,<br>Debtor |
|---|---|
| | APPEAL OF: OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

**Originating Case Information:**

District Court No: 2:13-cv-00179-RTR
Eastern District of Wisconsin
District Judge Rudolph T. Randa
Clerk/Agency Rep Jon W. Sanfilippo
Case date filed: 11/07/2013
Case type: bk/dc
Fee status: Paid
Date of Judgment: 08/01/2013 $\}$ ← 10/1/2013
Date NOA filed: 11/06/2013 e 10/29/2013

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 13-3495 | Official Committee of Unsecured Creditors | Docketing statement due | 11/13/2013 |
| | | | |
| 13-3495 | Official Committee of Unsecured Creditors | Transcript information sheet | 11/21/2013 |
| | | | |

| 13-3495 | Official Committee of Unsecured Creditors | Appellant's brief | 12/17/2013 |

**NOTE:**This notice is issued to counsel of record, in furtherance of the revised *Circuit Rule 3(d)*, to provide necessary information regarding this appeal. Please verify this notice for accuracy. Counsel are encouraged to provide a fax and/or e-mail address to the court. If any corrections are necessary, please indicate those corrections on this notice and return it to the Clerk's Office within ten (10) days.

**THIS NOTICE SHALL NOT ACT AS A SUBSTITUTE FOR MOTIONS FOR NON-INVOLVEMENT / SUBSTITUTION OF COUNSEL. COUNSEL ARE STILL REQUIRED TO FILE THE APPROPRIATE MOTIONS.** Important Scheduling Notice!

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: c7_Docket_Notice(form ID: **108**)