NO. 13-2881
(Consolidated With Case Nos. 13-3353 and 13-3495)

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| IN RE:<br> ARCHDIOCESE OF MILWAUKEE,<br>  Debtor.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br> Appellant,<br><br>Nos. 13-2881 and 13-3495     v.<br><br>JEROME E. LISTECKI, Archbishop, Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust,<br> Appellee. | Appeals from the United States District Court for the Eastern District of Wisconsin<br><br>No. 2:13-cv-00179-RTR<br><br>Rudolph T. Randa, Judge |
| IN RE:<br> ARCHDIOCESE OF MILWAUKEE,<br>  Debtor.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br> Petitioner,<br><br>RUDOLPH T. RANDA,<br> Respondent,<br><br>No. 13-3353     v.<br><br>JEROME E. LISTECKI, Archbishop, Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust,<br> Party-In-Interest,<br><br>    And<br><br>ARCHDIOCESE OF MILWAUKEE,<br> Party-In-Interest. | Appeals from the United States District Court for the Eastern District of Wisconsin<br><br>No. 2:13-cv-00179-RTR<br><br>Rudolph T. Randa, Judge |

Marci A. Hamilton, Esq.<br>
36 Timber Knoll Drive<br>
Washington Crossing, PA  18977<br>
Telephone:   (215) 353-8984<br>
E-mail:    Hamilton.marci@gmail.com

DOCS_LA:275513.1 05058-003

## NOTICE OF UNAVAILABILITY OF COUNSEL FOR ORAL ARGUMENT

**NOTICE IS HEREBY GIVEN** that counsel to the Official Committee of Unsecured Creditors (the "Committee"), appellant in the above-captioned consolidated cases, will be unavailable for oral argument on the following dates:

1. March 3, 2014 through and including April 3, 2014;

2. April 7, 2014;

3. April 18, 2014;

4. May 5, 2014, and

5. May 12, 2014 through and including May 23, 2014.

Respectfully submitted,

Dated: February 14, 2014          By     */s/ Marci A. Hamilton, Esq.*
                                          Marci A. Hamilton, Esq.
                                          36 Timber Knoll Drive
                                          Washington Crossing, PA  18977
                                          Telephone: (215) 353-8984
                                          Email: Hamilton.marci@gmail.com

                                          Special Counsel to the Official Committee
                                          of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ James Stang*
    James I. Stang (CA Bar No. 94435)
    Kenneth H. Brown (CA Bar No. 100396)
    Gillian N. Brown (CA Bar No. 205132)
    Erin Gray (CA Bar No. 157658)
    Pachulski Stang Ziehl & Jones LLP
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA  90067
    Telephone:  (310) 277-6910
    Facsimile:   (310) 201-0760
    E-mail:  jstang@pszjlaw.com
            kbrown@pszjlaw.com
            gbrown@pszjlaw.com
            egray@pszjlaw.com

    -and-

    Albert Solochek (State Bar No. 1011075)
    Howard, Solochek & Weber, S.C.
    324 E. Wisconsin Ave., Suite 1100
    Milwaukee, WI  53202
    Telephone:  (414) 272-0760
    Facsimile:   (414) 272-7265
    E-mail:  asolochek@hswmke.com

    Attorneys for the Official Committee of
    Unsecured Creditors

3

✔   **CERTIFICATE OF SERVICE**
Certificate of Service When All Case Participants Are CM/ECF Participants

I hereby certify that on  February 14, 2014 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Paige Doyle

☐   **CERTIFICATE OF SERVICE**
Certificate of Service When Not All Case Participants Are CM/ECF Participants

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| counsel / party: | address: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

s/ _____