# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

February 20, 2014

| | |
|---|---|
| No.: 13-2881 | IN RE: ARCHDIOCESE OF MILWAUKEE, Debtor<br><br>APPEAL OF: OFFICAL COMMITTEE OF UNSECURED CREDITORS |
| No.: 13-3353 | IN RE:<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS, Petitioner |
| No.: 13-3495 | IN RE:<br>ARCHDIOCESE OF MILWAUKEE, Debtor<br><br>APPEAL OF: OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| **Originating Case Information:** | |
| District Court No: 2:13-cv-00179-RTR<br>Eastern District of Wisconsin<br>District Judge Rudolph T. Randa | |
| **Originating Case Information:** | |
| District Court No: 2:13-cv-00179-RTR<br>Eastern District of Wisconsin<br>District Judge Rudolph T. Randa<br>Clerk/Agency Rep Jon W. Sanfilippo | |

**To:**  Mr. Brady C. Williamson  
GODFREY & KAHN S.C.  
One E. Main Street  
P.O. Box 2719  
Madison, WI 53701-2719

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within seven (7) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** <u>only</u> the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

The appellant's or petitioner's opening brief must contain the following items, under appropriate headings and in the order indicated, pursuant to Fed. R. App. P. 28(a). Fed. R. App. P. 28(a) applies to appellee's or respondent's brief pursuant to Fed. R. App. P. 28(b):

- A concise statement of the case, setting out the facts relevant to the issues submitted for review. See Fed. R. App. P. 28(a)(6).

The resubmission will be deemed timely if the electronic filing is accomplished within seven (7) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court


By:

Andrew Burke, Deputy Clerk